1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TYRONE KENNEDY,

          Petitioner,

       v.

SHERIFF McDONALD, Warden,

          Respondent.

Case No. CV 14-9418 AG (MRW)

ORDER ACCEPING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1        IT IS ORDERED that Judgment be entered denying the petition and

2  dismissing this action with prejudice.

3

4

5  DATE: July 31, 2015           _____

6                    HON. ANDREW J. GUILFORD
                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28