# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE KENNEDY,<br><br>    Petitioner,<br><br>    v.<br><br>SHERIFF McDONALD, Warden,<br><br>    Respondent. | Case No. CV 14-9418 AG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 31, 2015

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE